IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT HILL,**

**Plaintiff,**

**v.**

**OLIN CORPORATION,
MICHAEL L. ROARK,
and RICK KELLEY,**

**Defendants.**                                                                                          **No. 07-0054-DRH**

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion to continue trial date (Doc. 14). Specifically, Plaintiff moves the Court to change the presumptive trial month and the track in this case. Said motion is **GRANTED**. The Court continues the presumptive trial month to June 2008 and changes the case to a Track C.

**IT IS SO ORDERED.**

Signed this 26th day of February, 2007.

+

/s/       David   RHerndon
**United States District Judge**